United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-32998 |
| **HOUSTON REAL ESTATE PROPERTIES LLC,** | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| **2727 KIRBY 26L LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-3094 |
| | § | |
| **CYPRESS BRIDGECO, LLC,** | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

Based upon the announcement of counsel at the pretrial conference held on July 9, 2024, this adversary is dismissed and closed. Any party may move to reopen this case.

**SO ORDERED.**

SIGNED 07/09/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

1 / 1